**STATE of Missouri, Respondent,**

v.

**Trudell GREENWOOD, Appellant.**

**No. ED 78262.**

Missouri Court of Appeals,
Eastern District,
Division Three.

June 12, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 26, 2001.

Application for Transfer Denied
Aug. 21, 2001.

Nancy L. Vincent, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Breck K. Burgess, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before GARY M. GAERTNER, SR., P.J., LAWRENCE G. CRAHAN and GEORGE W. DRAPER III, JJ.

*ORDER*

PER CURIAM.

A jury convicted Trudell Greenwood (Defendant) of five counts of forcible rape, section 566.030, RSMo 1994, three counts of forcible sodomy, section 566.060, RSMo 1994, and one count of felonious restraint, section 565.120, RSMo 2000. He appeals the denial of his motion to dismiss for prosecutorial vindictiveness. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the

use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).